1  Charles A. Valente (SBN 242740)
2  cvalente@kaplansaunders.com
3  Kaplan Saunders Valente & Beninati, LLP
   500 North Dearborn Street | 2nd Floor
4  Chicago, Illinois 60654
5  (312) 755-5700
   (312) 755-5720 FAX
6
7  Attorneys for Defendant Costco Wholesale Corporation
8
9              UNITED STATES DISTRICT COURT
10
11             CENTRAL DISTRICT OF CALIFORNIA
12

| GABRIELA CABRERA,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 2:19-cv-09588<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  August 31, 2020<br>Hearing Time:  10:00 a.m.<br>Hearing Location: Courtroom 5A |
|---|---|

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on August 31, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Michael W. Fitzgerald, Courtroom 5A, United States District Court for the Central District of California, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Defendant Costco Wholesale Corporation ("Costco") will request that this Court enter summary judgment in its favor

and against Plaintiff Gabriela Cabrera pursuant to Rule 56 of the Federal Rules of Civil Procedure ("Motion").

Costco moves for summary judgment on Plaintiff's claims, which seek relief under the Americans with Disabilities Act. Plaintiff cannot raise a triable issue of fact refuting Costco's evidence establishing that her claims are moot, and thus, Costco is entitled to summary judgment.

This Motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the statement of uncontroverted facts and conclusions of law, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

July 28, 2020                                      **COSTCO WHOLESALE CORPORATION**

By: */s/ Charles A. Valente*
Charles A. Valente,
Attorney for Defendant
Costco Wholesale Corporation